IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OBA WILSON, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHILDREN'S HOSPITAL OF PHILADELPHIA, | : | No. 21-5246 |
|     *Defendant* | : | |

# O R D E R

**AND NOW**, this 20th day of November, 2023, upon consideration of CHOP's Motion for Summary Judgment (Doc. No. 23), Mr. Wilson's Response in Opposition (Doc. No. 26), CHOP's Reply thereto (Doc. No. 27), oral argument held on May 24, 2023, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion for Summary Judgment (Doc. No. 23) is **GRANTED**. The case is **DISMISSED**. The Clerk of Court shall mark the case **CLOSED** for all purposes, including statistics.

BY THE COURT:

**s/ Gene E.K. Pratter**
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**